MURPHY *v.* EVANS.

APPEAL from the *Tippecanoe* Court of Common Pleas.  *Friday,*
*December* 16.
*Per Curiam.*—In this case, there is no brief filed, point-
ing out any supposed errors in the ruling of the Court be-
low; wherefore, the judgment must be affirmed.

The judgment is affirmed with costs.

*E. A. Greenlee* and —— *Mattler*, for the appellant.
*R. C. Gregory*, for the appellee.